IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY CURTIS,
    Petitioner,

vs.                                        Case No. 3:07cv306/LAC/EMT

ALBERTO GONZALEZ, et al.,
    Respondents.
_____/

## **ORDER**

        This cause is before the court upon Petitioner's motions for reconsideration (Doc. 5, 6) of the notice sent to him by the clerk on July 23, 2007 (Doc. 2) and this court's order of July 25, 2007 (Doc. 3).

        Petitioner first requests that the court reconsider the notice sent to him by the clerk on July 23, 2007 (*see* Doc. 5).  The clerk's July 23, 2007 noticed informed Petitioner of various standard aspects of proceeding in this case, such as the requirement that Petitioner reference this case number (3:07cv306/LAC/EMT) in all subsequent filings, keep the court apprised of his current mailing address, and abide by the Federal Rules of Civil Procedure and the Local Rules for the Northern District of Florida.  The clerk's notice is not an order of the court, but nevertheless it provided Petitioner with important information about proceeding before the court.  Petitioner has failed to show that the notice issued July 23, 2007 was clearly erroneous or contrary to law; therefore, his motion for reconsideration shall be denied.

        Petitioner also requests that the court reconsider its order of July 25, 2007 (*see* Doc. 6).  On July 25, 2007, the court directed Petitioner to either pay the $5.00 filing fee applicable in habeas corpus cases or submit a fully completed motion to proceed in forma pauperis (*see* Doc. 3 at 1).  28 U.S.C. § 1914(a) (2006) provides for a $5.00 filing fee in cases seeking a writ of habeas corpus.  28 U.S.C. § 1915 (2006) provides for waiver of prepayment of the filing fee upon the granting of a

petitioner's application for leave to proceed in forma paupers.  Section 1915(a)(2) establishes specific requirements for prisoners seeking waiver of prepayment of the filing fee.  *See* 28 U.S.C. § 1915(a)(2).  Petitioner has failed to show that the court's order issued July 25, 2007 was clearly erroneous or contrary to law; therefore, the motion for reconsideration shall be denied.

Petitioner is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Accordingly, it is **ORDERED**:

Petitioner's motions for reconsideration (Doc. 5, 6) are **DENIED**.

**DONE AND ORDERED** this 9th day of August 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**