IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY CURTIS,
    Petitioner,

vs.                                              Case No. 3:07cv306/LAC/EMT

ALBERTO GONZALES, et al.,
    Respondents.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 18, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

      Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

      **DONE AND ORDERED** this 18th day of January, 2008.


                                              s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**